IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ROBERT DOVER                                                                             PLAINTIFF

v.                CASE NO. 2:20-CV-00172-BSM

COMMISSIONER of
SOCIAL SECURITY ADMINISTRATION              DEFENDANT

## ORDER

After *de novo* review of the record, the recommended disposition from United States Magistrate Judge Joe J. Volpe [Doc. No. 11] is adopted. The Commissioner's decision is affirmed and Robert Dover's case is dismissed with prejudice.

IT IS SO ORDERED, this 22nd day of June, 2021.

                                                                             UNITED STATES DISTRICT JUDGE